Kevin COLEMAN, Plaintiff–Appellant,

v.

SCDC; Calvin Anthony; Captain Pickney, Defendants–Appellees.

No. 01–6174.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Kevin Coleman, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Kevin Coleman appeals the district court's order denying relief without prejudice on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of

that summary judgment was entered against Slezak with prejudice as to all other claims.

the district court. *Coleman v. South Carolina Dep't of Corr.,* No. CA–00–3595–10–20BD (D.S.C. filed Jan. 4, 2001; entered Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*